C. Moze Cowper (CA Bar No. 236614)
mcowper@cowperlaw.com
Noel E. Garcia. (CA Bar No. 236831)
ngarcia@cowperlaw.com
**COWPER LAW PC**
10880 Wilshire Boulevard, Suite 1840
Los Angeles, California 90024
Tel.:  877-529-3707

Adam J. Levitt*
alevitt@dicellolevitt.com
Amy E. Keller*
akeller@dicellolevitt.com
Laura E. Reasons*
lreasons@dicellolevitt.com
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.:  312-214-7900

Matthew S. Miller*
mmiller@msmillerlaw.com
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.:  312-741-1085

* *Pro Hac Vice* Admission Pending

*Counsel for Plaintiff and the Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| CLAIRE BRANDMEYER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>    Defendant. | Civil Action No. 3:20-cv-02886-SK<br><br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 5, 2020

/s/ C. Moze Cowper
C. Moze Cowper
Noel E. Garcia
**COWPER LAW PC**
10880 Wilshire Boulevard, Suite 1840
Los Angeles, California 90024
Tel.: 877-529-3707
mcowper@cowperlaw.com
ngarcia@cowperlaw.com

Adam J. Levitt*
Amy E. Keller*
Laura E. Reasons*
**DiCELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: 312-214-7900
alevitt@dicellolevitt.com
akeller@dicellolevitt.com
lreasons@dicellolevitt.com

Matthew S. Miller*
**MATTHEW S. MILLER LLC**
77 West Wacker Drive, Suite 4500
Chicago, Illinois 60601
Tel.: 312-741-1085
mmiller@msmillerlaw.com

*Pro Hac Vice* Admission Pending

*Counsel for Plaintiff and the Proposed Class*

2
**CONSENT TO MAGISTRATE JUDGE JURISDICTION**