KAREN G. JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
RANDY LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Specially Appearing Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
and JANET NAPOLITANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BRANDMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | Case No. 3:20-CV-02886-SK<br><br>Case No. 3:20-CV-02925-SK<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO NOTIFY THE COURT OF SUPPLEMENTARY CASE LAW [L.R. 7-11]**<br><br>Date: October 5, 2020<br>Time: 9:30 a.m.<br>Courtroom: C, 15th Floor<br><br>Judge: Hon. Mag. Sallie Kim |
| NOAH RITTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | |

Pursuant to Civil Local Rule 7-11, Defendants The Regents of the University of California and former President Napolitano ("Defendants") hereby move this Court to take notice of *Erzinger v. Regents of Univ. of Calif.*, 137 Cal.App. 3d 389 (1982) ("Once the University [of California] collects mandatory student fees, such funds become University property"). A true and correct copy of the *Erzinger* case is appended hereto as Exhibit A.

Counsel for Defendants identified *Erzinger* for the first time in the course of preparing for oral argument on Defendants' Motion to Dismiss in this case, set for hearing on Monday, October 5, 2020. *See* Dkt 52 in 3:20-cv-02886-SK; Dkt. 35 in 3:20-cv-02925-SK. As the case pertains to issues central to the pending motions to dismiss, the Court may wish to consider it in addressing the pending motions. Rather than bring the case to the Court's attention in the first instance at oral argument, counsel thought it preferable to advise the Court and Plaintiffs' counsel in advance of argument.

Dated: October 2, 2020

KAREN G. JOHNSON-MCKEWAN
RANDY LUSKEY
WILLIAM A. MOLINSKI
Orrick, Herrington & Sutcliffe LLP


By: _____*/s/Karen G. Johnson-McKewan*_____
KAREN G. JOHNSON-MCKEWAN
Attorneys for Specially Appearing Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO