KAREN G. JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
RANDY LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Specially Appearing Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
and JANET NAPOLITANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BRANDMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | Case No. 3:20-CV-02886-SK<br><br>Case No. 3:20-CV-02925-SK<br><br>**DECLARATION OF KAREN G. JOHNSON-MCKEWAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO NOTIFY THE COURT OF SUPPLEMENTARY CASE LAW [L.R. 7-11]**<br><br>Date: October 5, 2020<br>Time: 9:30 a.m.<br>Courtroom: C, 15th Floor<br>Judge: Hon. Mag. Sallie Kim |
| NOAH RITTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | |

1    I, Karen G. Johnson-McKewan, hereby declare as follows:

2    1.    I am an attorney admitted to practice in the State of California.  I am a member of Orrick, Herrington & Sutcliffe LLP ("Orrick"), counsel for Defendants The Regents of the University of California ("The Regents" or "the University") and former President Janet Napolitano.  I have personal knowledge of the facts set forth in this declaration and, if called upon to testify as a witness, could and would testify competently hereto.  I make this declaration in support of Defendants' Administrative Motion to Notify the Court of Supplementary Case Law ("Administrative Motion").

3    2.    Pursuant to Civil Local Rule 7-12, counsel for Defendants sought a stipulation from counsel for Plaintiff Brandmeyer and counsel for Plaintiff Ritter on the Administrative Motion by email correspondence dated October 1, 2020.  Counsel for Plaintiff Brandmeyer refused to stipulate and objected to Defendants' filing of the Administrative Motion.  Counsel for Plaintiff Ritter has not separately responded.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California this 2nd day of October, 2020.

By:    */s/Karen G. Johnson-McKewan*
KAREN G. JOHNSON-MCKEWAN
Attorneys for Specially Appearing Defendants
THE REGENTS OF THE UNIVERSITY OF
CALIFORNIA and JANET NAPOLITANO