KAREN G. JOHNSON-MCKEWAN (STATE BAR NO. 121570)
kjohnson-mckewan@orrick.com
RANDY LUSKEY (STATE BAR NO. 240915)
rluskey@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1 415 773 5700
Facsimile: +1 415 773 5759

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinski@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Telephone: +1 213 629 2020
Facsimile: +1 213 612 2499

Attorneys for Specially Appearing Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
and JANET NAPOLITANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BRANDMEYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | Case No. 3:20-CV-02886-SK<br><br>Case No. 3:20-CV-02925-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO NOTIFY THE COURT OF SUPPLEMENTARY CASE LAW [L.R. 7-11]**<br><br>Date: October 5, 2020<br>Time: 9:30 a.m.<br>Courtroom: C, 15th Floor<br><br>Judge: Hon. Mag. Sallie Kim |
| NOAH RITTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, and JANET NAPOLITANO, individually and in her capacity as President of the University of California,<br><br>Defendants. | |

1    Pursuant to Civil Local Rule 7-11, Defendants The Regents of the University of California
2 and President Napolitano ("Defendants") have filed an administrative motion requesting this Court
3 to take notice of *Erzinger v. Regents of Univ. of Calif.*, 137 Cal.App. 3d 389 (Ct. App. 1982) ("Once
4 the University [of California] collects mandatory student fees, such funds become University
5 property"). Having reviewed Defendants' submissions, and good cause having been shown, the
6 Court GRANTS Defendants' motion.

**IT IS SO ORDERED**

Dated: October __, 2020

SALLIE KIM<br>United States Magistrate Judge

- 2 -

[PROPOSED] ORDER GRANTING
DEFENDANTS' ADMIN. MOT. TO NOTIFY
THE COURT OF SUPPLEMENTARY CASELAW
[3:20-CV-02886-SK, 3:20-CV-02925-SK]