United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BRANDMEYER, | **JUDGMENT** |
| Plaintiff, | Case No. 20-cv-02886-SK |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al., | |
| Defendants. | |
| ——————————————— | |
| NOAH RITTER, | |
| Plaintiff, | Case No. 20-cv-02925-SK |
| v. | |
| REGENTS OF THE UNIVERSITY OF CALIFORNIA, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that Defendants' motions to dismiss are GRANTED, as described in this Court's order dated today.  This constitutes a final judgment under Federal Rule of Civil Procedure 58.  The Clerk of Court is directed to close the file.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 10, 2020



SALLIE KIM
United States Magistrate Judge